# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY EDWARD PARK,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80078

FILED

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Seventh Judicial District Court, Eureka County; Gary Fairman, Judge. This court previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel has now filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
                Parraguirre

_____, J.          _____, J.
Hardesty                     Cadish

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02175

cc: Hon. Gary Fairman, District Judge
Kelly C. Brown
Attorney General/Carson City
Eureka County District Attorney
Eureka County Clerk
Gary Edward Park